NB:AT
F. #2023R00152

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

TRAVIS CHINAPEN

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT AND
AFFIDAVIT IN SUPPORT
OF AN ARREST WARRANT

(21 U.S.C. § 841)

No. 24-MJ- 254

EASTERN DISTRICT OF NEW YORK, SS:

       TYLER DAVILA, being duly sworn, deposes and states that he is a Special Agent with Homeland Security Investigations, duly appointed according to law and acting as such.

       In or about and between June 2023 and April 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant TRAVIS CHINAPEN, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute one or more controlled substances, which offense involved a substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1). The amount of fentanyl involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to them, was 40 grams or more of a substance containing fentanyl.

(Title 21, United States Code, Sections 846 and 841(b)(1)(B)(vi); Title 18, United States Code, Sections 3551 et seq.)

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since 2016. As a Special Agent for HSI, I have participated in investigations into allegations of the unlawful possession, distribution, and manufacture of controlled substances, unlawful trafficking of controlled substances, and money laundering, among other criminal activity.

2. In or about and between June 2023 and April 2024, the defendant TRAVIS CHINAPEN and his coconspirators sold fentanyl multiple times in transactions involving an undercover law enforcement officer ("UC") with the New York City Police Department and with a confidential information ("CI"). Over the course of at least twelve controlled buys, CHINAPEN's conspiracy sold approximately 56 grams of fentanyl.

3. Moreover, on February 23, 2024, TRAVIS CHINAPEN was arrested near his home and was found to have approximately 140 grams of fentanyl. On March 13, 2024, CHINAPEN was found to have hundreds of more miscellaneous pills that are being tested by a law enforcement laboratory. And on April 4, 2024, during a search of CHINAPEN's residence, which CHINAPEN consented to in writing, law enforcement officers recovered over 1000 pills. A field test of some of the pills tested positive for fentanyl.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

4.  Based on the foregoing facts, I submit that there is probable cause that the defendant TRAVIS CHINAPEN committed violations of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(vi).

WHEREFORE, your deponent respectfully requests that the defendant TRAVIS CHINAPEN be dealt with according to law.

Respectfully submitted,

TYLER DAVILA
Special Agent
United States Department of Homeland Security,
Homeland Security Investigations

Sworn to before me this
4th day of April, 2024

/s/ Anne Y. Shields

HONORABLE ANNE Y. SHIELDS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK