UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| In Re: | **ADMINISTRATIVE ORDER** |
| Requests to File Documents Under Seal in Criminal Cases | **NO. 2025-09** |

-----------------------------------------------------------------X

      Until further notice, pursuant to Local Civil Rule 5.2, incorporated into the Local Criminal Rules, documents filed under seal in criminal cases are exempted from ECF filing and are to be filed pursuant to the following procedures.

      Parties may submit documents to be filed under seal in criminal cases either: (1) via hard copy to the Clerk's Office; or (2) in a password-protected PDF emailed to the presiding judge's courtroom deputy, with the password sent *via separate email* to the courtroom deputy. The document will be deemed filed when the document is delivered to the Clerk's Office, as per the Clerk's Office time-stamp, or when the document is emailed to the courtroom deputy.

      SO ORDERED:

Dated: July 11, 2025
      Brooklyn, New York

                                                                                                  s/ MKB
                                        MARGO K. BRODIE
                                        Chief United States District Judge